IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:19-mj 304 |
| ) | |
| NGA THI WILSON, ) | |
| ) | Initial Appearance: July 15, 2019 |
| Defendant. ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor - 7626832)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 1, 2019, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, NGA THI WILSON, did unlawfully steal, purloin, or knowingly convert to her use or the use of another, property of the United States or any department or agency thereof, specifically: one bottle of liquid antacid, property of the Defense Commissary Agency, said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 2nd, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

NGA THI WILSON
2328 North Washington Blvd
Arlington, VA 22201

By: *Elizabeth A. Banger*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov